UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ASHWORTH,

          Plaintiff,

v.

          Case No. _____

GLADES COUNTY BOARD OF COUNTY
COMMISSIONERS,

          Defendant.

## NOTICE OF REMOVAL

To:    The Honorable Judges of the United States District Court
        For the Middle District of Florida

The Defendant, GLADES COUNTY BOARD OF COUNTY COMMISSIONERS, by and through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Local Rule 4.02 Local Rules for the Middle District of Florida, and states the following facts and law in support of removal of this action:

### MEMORANDUM OF LAW ESTABLISHING GROUNDS FOR REMOVAL

1.    This is a notice of removal of an action filed by the Plaintiff, Michael Ashworth, in the Circuit Court of the Twentieth Judicial Circuit in and for Glades County, Florida, Case No. 17-000098CAMXAX on or about August 25, 2017 (the "State Court Action") against the Glades County Board of County Commissioners. Copies of all pleadings, exhibits and service filed to date in the State Court Act are attached hereto as composite Exhibit 1 and are incorporated herein by reference.

2.	Plaintiff's Complaint alleges causes of action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq.* and Florida Statute Section 92.57.

3.	Pursuant to 28 U.S.C. § 1331, the district courts have original jurisdiction over all civil actions arising under the laws of the United States. Federal question jurisdiction is apparent on the face of the Plaintiff's Complaint as the Plaintiff clearly seeks relief based on his claim under the Fair Labor Standards Act.

4.	Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claim as well, as both his state and federal claims form part of the same case or controversy under Article III of the United States Constitution.

5.	This Notice of Removal is filed within thirty days after Defendants were sent a copy of Plaintiff's Complaint on October 5, 2017. A copy of this Notice of Removal, less references attachments, has been filed with the state court.

6.	In accordance with 28 U.S.C. § 1446(d), the Defendants are providing written notice of the Notice of Removal to the Plaintiff and are filing a copy of this Notice with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Glades County, Florida. See Exhibit 2.

WHEREFORE, the Defendants request that the above action now pending against them in the Circuit Court of the Twentieth Judicial Circuit of Florida in and for Glades County, Florida be removed to this Court.

Respectfully submitted,

*/s/ Brian Koji*
BRIAN KOJI
Florida Bar No. 0116297
CARLY WILSON
Florida Bar No. 118005
*Counsel for Defendants*
**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  bkoji@anblaw.com
              cwilson@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October 2017, a copy of this Notice of Removal was mailed and sent via electronic mail to Richard Celler, Esquire [Richard@floridaovetimelawyer.com] of RICHARD CELLER LEGAL, P.A., 7450 Griffin Road, Suite 230, Davie, Florida 33314.

*/s/ Brian Koji*
ATTORNEY