# EXHIBIT A

# FLSA SETTLEMENT AGREEMENT

This Agreement and Release ("Agreement"), is entered into by and between the Glades County Board of County Commissioners ("County"), and Michael Ashworth, individually and on behalf of his heirs, executors, administrators, legal representatives, and assigns (collectively referred to as "Ashworth").

WHEREAS, Ashworth has asserted certain claims against the County which the County denies; and,

WHEREAS, the parties desire to resolve all outstanding matters between them, known and unknown, in an effort to limit any further litigation expenses, provided that neither party admits that they engaged in any wrongdoing or unlawful conduct.

In consideration of the promises and mutual covenants contained in this Agreement, the sufficiency of which is acknowledged by the parties, the parties agree as follows:

1. Ashworth agrees to file a voluntary dismissal of all claims set forth in the lawsuit entitled *Michael Ashworth v. Glades County Board of County Commissioners*, Case No. 2-17-cv-00577-UA-MRM (M.D. Fla.), in their entirety with prejudice.

2. In full settlement of Plaintiff's FLSA claim and his Fla. Stat. Sect. 92.57 retaliation claim, including attorney's fees and costs, Defendant agrees to pay Plaintiff and his attorney as follows:

    (a) The amount of seven thousand five hundred dollars ($7,500.00), less applicable taxes, representing alleged unpaid wages, for which a W-2 will be issued;

    (b) The amount of seven thousand five hundred dollars ($7,500.00) representing liquidated damages, for which a 1099 will be issued;

    (c) The amount of two thousand dollars ($2,000.00) as consideration for the signing of a release waiving Ashworth's retaliation claims; and

    (d) The amount of sixteen thousand give hundred dollars ($16,500.00) as attorney's fees and costs.

3. The parties agree that the total payment set forth in this Agreement shall constitute full and complete payment for all damages of whatever kind and nature which Ashworth has, claims to have with respect to his lawsuit against the County. Ashworth agrees to indemnify, defend and hold the County harmless from any tax liability, including interest or penalties, in the event there are any claims raised by the IRS relating to the aforementioned payment, and shall also indemnify and hold harmless as to any attorneys' fees, expenses, or liens for such amount. The County and Ashworth shall each be responsible for payment of their own respective attorneys' fees and legal costs except as

noted in the payment outlined in Paragraph 2(d).

4. Ashworth agrees and stipulates that the payment set forth in this Agreement is sufficient to satisfy any and all compensation to which he may otherwise be entitled from the County and that he has been fully paid for all hours worked while employed by the County. Ashworth further expressly acknowledges and affirms that he has been paid and/or received all compensation, wages, bonuses, commissions and/or benefits which were due and payable as of the date he signs this Agreement.

5. Ashworth hereby unconditionally fully and finally releases and forever discharges the County from all duties, claims, rights, complaints, charges, damages, costs, expenses, attorneys' fees, debts, demands, actions, obligations, liabilities, and causes of action, of any and every kind, nature, and character whatsoever, whether known or unknown under Florida Statute Section 92.57and the Fair Labor Standards Act. The County releases Ashworth from any claims damages, costs, expenses, attorneys' fees, debts, demands, actions, obligations, liabilities, and causes of action arising prior to the date of this Agreement and up to the time of execution of this Agreement. Ashworth shall refer all requests for employment references to Human Resources Director Gabrielle Ibietatorremendia who shall confirm Ashworth's position and dates of employment.

6. Nothing in this Agreement shall be construed as an admission of wrongdoing by any party.

7. This Agreement constitutes the complete understanding between Ashworth and the County. Ashworth acknowledges and declares that no other contract, promise or inducement has been made, whether oral or written. This Agreement shall supersede all other agreements, whether oral or written, made prior to the date of execution of this Agreement.

8. If any provision of this Agreement is found invalid, or incapable of being enforced by reason of any law, rule or public policy, all other provisions shall, nevertheless, remain in full force and effect.

9. No ambiguity in this Agreement shall be construed against any party based upon a claim that the party drafted the ambiguous language. This Agreement may only be modified, altered or rescinded pursuant to a subsequent written agreement, signed by both parties.

10. Ashworth has been advised to consult an attorney prior to signing this Agreement. He understands that whether he consults with an attorney is his decision. In this respect, Ashworth has been represented in this matter by attorney Noah Storch, and is satisfied that Mr. Storch has explained all the options to him in connection with this Agreement.

11. Ashworth represents that he is authorized to enter into this Agreement.

This Agreement, consisting of three pages, is freely and voluntarily entered into by the parties. The parties acknowledge that they have read this Agreement and that they understand the words, terms, conditions and legal significance of this Agreement.

__5/30/2018_____  
Date

_____  
Michael Ashworth

State of Florida }  
County of PALM BEACH }

Sworn and subscribed before me this _____ day of ~~April~~ N/A 2019, by Michael Ashworth, who is personally known to me or who has produced _____ as identification.

(seal)  
MICHELLE L. QUINT  
MY COMMISSION # GG 295352  
EXPIRES: January 27, 2023  
Bonded Thru Notary Public Underwriters

_____  
Notary Public, State of Florida

**On behalf of the Glades County Board of County Commissioners**

_____  
Date

_____  
**Brian Holobicky**

State of Florida }  
County of _____ }

Sworn and subscribed before me this _____ day of May 2019 by Brian Holobicky, who is personally known to me or who has produced _____ as identification.

(seal)

_____  
Notary Public, State of Florida

3 of 3

This Agreement, consisting of three pages, is freely and voluntarily entered into by the parties. The parties acknowledge that they have read this Agreement and that they understand the words, terms, conditions and legal significance of this Agreement.

_____     _____
Date                                                         **Michael Ashworth**

State of Florida           }
County of _____ }

Sworn and subscribed before me this _____ day of April 2019, by Michael Ashworth, who is personally known to me or who has produced _____ as identification.

(seal)                              _____
                                    Notary Public, State of Florida

**On behalf of the Glades County Board of County Commissioners**

_5-28-2019_                         _____
Date                                Michael Quigley

State of Florida           }
County of _ORANGE_         }

Sworn and subscribed before me this _28TH_ day of May 2019 by Michael Quigley who is~~ personally known to me or who~~ has produced _FL DL# Q240-551-60-469-0_ identification.

(seal)                              _Kathy L Talbot_
                                    Notary Public, State of Florida

Notary Public State of Florida
Kathy L Talbot
My Commission FF 932746
Expires 12/27/2019